Thomas BIGGS et al., d/b/a Biggs Trucking Company, Appellants,

v.

FRUEHAUF CORPORATION, d/b/a Hobbs Trailers, Appellee.

No. 17006.

Court of Civil Appeals of Texas.

Fort Worth.

March 21, 1969.

Rehearing Denied April 18, 1969.

Michael T. Brimble, Houston, for appellants.

Mehl, Williams & Cummings, and B. Michael Cummings, Fort Worth, for appellee.

## OPINION

RENFRO, Justice.

Fruehauf Corporation, doing business under the assumed name of Hobbs Trailers, a Division of Fruehauf Corporation, obtained a judgment against Thomas Biggs and Robert Earl Biggs, Individually and D/B/A Biggs Trucking Company, in the amount of $25,197.28, plus interest from date of judgment.

Defendants duly perfected an appeal to this court by writ of error.

The appeal is before us without complaint of any alleged error committed in the trial court.

We find no fundamental error apparent of record.

Affirmed.